NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MYTEE PRODUCTS, INC.,**
*Plaintiff-Appellant,*

v.

**HARRIS RESEARCH, INC.,**
*Defendant-Cross Appellant,*

**and**

**DOES 1 THROUGH 20,**
*Defendants.*

---

2010-1207, -1226

---

Appeals from the United States District Court for the Southern District of California in case No. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

---

**ON MOTION**

---

**O R D E R**

Mytee Products, Inc. moves for a 21-day extension of time, until July 1, 2010, to file its principal brief. Harris Research, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

JUN 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Anthony J. Dain, Esq.
     Shaun L. Peck, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2010

JAN HORBALY
CLERK